478

909 A.2d 284

IN THE MATTER OF JAMES J. GALLO, AN ATTORNEY AT LAW.

November 2, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decisions in DRB 06–256 and DRB 06–098, concluding on the records certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **JAMES J. GALLO** of **JERSEY CITY**, who was admitted to the bar of this State in 1978, and who has been suspended from the practice of law since April 21, 2006, by Order of the Court filed on March 24, 2006, should be disciplined by the imposition of two one-year periods of suspension from practice for unethical conduct established in DRB 05–098 and DRB 06–156m including violations of *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.16(d) (failure to take reasonable steps to protect the client's interests upon termination of representation), and *RPC* 8.1(b) (failure to cooperate with reasonable requests for information from a disciplinary authority), and *Rule* 1:20–3(g)(3) (duty to cooperate in a disciplinary investigation);

And **JAMES J. GALLO** having failed to appear on the Order to Show Cause issued in these matters;

And the Court having determined that respondent's unethical conduct and his history of defaults and failures to appear on the Court's Orders to Show Cause warrant his disbarment; *In re Kantor*, 180 *N.J.* 226, 850 *A.*2d 473 (2004);

And good cause appearing;

It is ORDERED that **JAMES J. GALLO** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **JAMES J. GALLO** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of these matter, as provided in *Rule* 1:20–17.